THE STATE EX REL. JOHNSON, APPELLANT, *v.* PINEDA, WARDEN, APPELLEE.

[Cite as *State ex rel. Johnson v. Pineda*, 126 Ohio St.3d 480, 2010-Ohio-4387.]

*Criminal procedure — Habeas corpus petition dismissed on basis of res judicata.*

(No. 2010-1116 — Submitted September 15, 2010 — Decided

September 22, 2010.)

APPEAL from the Court of Appeals for Hocking County, No. 10CA1.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, John A. Johnson, for a writ of habeas corpus. Res judicata bars Johnson from filing a successive habeas corpus petition insofar as he raises claims that he either raised or could have raised in his previous petitions. *Keith v. Kelley*, 125 Ohio St.3d 161, 2010-Ohio-1807, 926 N.E.2d 646, ¶ 1; *State ex rel. Johnson v. Hudson*, 118 Ohio St.3d 308, 2008-Ohio-2451, 888 N.E.2d 1090; *Johnson v. Mitchell* (1999), 85 Ohio St.3d 123, 707 N.E.2d 471. Res judicata "is applicable to successive habeas corpus petitions because habeas corpus petitioners have the right to appeal adverse judgments in habeas corpus cases." *State ex rel. Childs v. Lazaroff* (2001), 90 Ohio St.3d 519, 520, 739 N.E.2d 802; see generally *McCleskey v. Zant* (1991), 499 U.S. 467, 479-489, 111 S.Ct. 1454, 113 L.Ed.2d 517.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

John A. Johnson, pro se.

Richard Cordray, Attorney General, and Diane Mallory, Assistant Attorney General, for appellee.

_____